183593

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 08-00236-MCF |
|---|---|
| ANNA SANTANA MORALES<br>Debtor(s) | CHAPTER 13 |
| BANCO POPULAR DE PUERTO RICO, AS SERVICING AGENT OF ORIENTAL BANK AND TRUST<br>    Movant(s) | INDEX |
| ANNA SANTANA MORALES<br>    Respondent(s) | |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

Comes now the undersigned attorney and very respectfully certifies that on February 16, 2011, a true and exact copy of the Notice of Motion For Relief From Stay Under 11 U.S.C. §362 and the Motion For Relief Of Automatic Stay were served by United States Postal Service's Certified Mail, Return Receipt Requested, upon: Ms. Anna Santana Morales, HC 02 PO Box 9351, Juana Diaz, PR 00795, and Madeline Soto Pacheco, Esq., Debtor's Attorney, 1130 Ave F.D. Roosevelt, San Juan, PR 00920-2906; and by regular mail to: Assistant U.S. Trustee, Office of the United States Trustee, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922, and José Ramón Carrión Morales, Esq., Chapter 13 Trustee, PO Box 9023884, San Juan, PR 00902-3884.

Ponce, Puerto Rico, this 16th day of February, 2011.

s/ Carlos G. Batista Jiménez<br>
Carlos G. Batista-Jiménez<br>
USDC-PR 206711<br>
Attorneys for Movant<br>
PARRA, DEL VALLE & LIMERES<br>
PO Box 331429<br>
Ponce, Puerto Rico 00733-1429<br>
Tel. (787) 848-4900<br>
Fax (787) 848-5005<br>
Email: cbatista@pdvl.com

183593

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. 08-00236-MCF |
|---|---|
| ANNA SANTANA MORALES | CHAPTER 13 |
| Debtor(s) | |
| BANCO POPULAR DE PUERTO RICO, AS SERVICING AGENT OF ORIENTAL BANK AND TRUST | INDEX |
| Movant(s) | |
| ANNA SANTANA MORALES and José Ramón Carrión Morales, as Chapter 13 Trustee | |
| Respondent(s) | |

### NOTICE ON MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. §362

To the above named respondent(s):

### ANNA SANTANA MORALES

You are hereby notified that on _____FEB 15 2011_____ the above movant(s) filed a Motion Seeking Relief from the Automatic Stay under 11 U.S.C. § 362.

Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney, **CARLOS G. BATISTA-JIMÉNEZ, ESQ.**, whose address is **PARRA, DEL VALLE & LIMERES, PO Box 331429, Ponce, PR 00733-1429**.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then _____MAR 16 2011_____ at __9:30 AM__ at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur Street, 5th Floor Courtroom 5, Old San Juan, San Juan, Puerto Rico, is fixed as the time and place for the hearing on such motion.

CELESTINO MATTA-MENDEZ, CLERK
United States Bankruptcy Court

BY: _____

Date of Issuance: FEB 15 2011

Rule 4001-1 of the Local Rules of the U.S. Bankruptcy Court for the District of Puerto Rico establishes the following procedure for Motions Requesting Relief From Stay under 11 U.S.C. § 362:

1. Movant must serve both the motion for relief from stay and a notice that substantially conform to P.R. LBF J within three (3) days after issuance of the notice.

2. Respondent must file an answer to the motion for relief from stay within fourteen (14) days after issuance of the notice. If respondent does not file a timely answer, the Court may enter judgment for the movant and take the matter off the Court's calendar.

3. The notice must set forth the specific date for the preliminary hearing on the motion for relief from stay.

4. Pursuant to 11 U.S.C. §362(e), the hearing date specified in the notice may be a preliminary hearing, or may be consolidated with the final hearing, as will be determined by the Court.

5. If movant seeks relief with respect to a stay of an act against property under 11 U.S.C. § 362(d)(1) or (d)(2), the motion must be accompanied by the following supporting documents:

    a. true copies of all notes, bonds, mortgages, security agreements, financing statements, assignments and any other document on which the movant will rely at the hearing;

    b. a report of any appraiser whose testimony is to be presented at the hearing;

    c. a statement of amount due, including a breakdown in the following categories:

        (1) unpaid principal;
        (2) accrued interest, from and to a specific date;
        (3) late charges, from and to a specific date;
        (4) attorney's fees;
        (5) advances for taxes, insurance and like concepts;
        (6) unearned interest;
        (7) any other charges; and
        (8) a per diem interest factor.

6. At least three (3) days prior to the hearing, respondent must file with the Court and serve upon movant - or his attorney if so represented - a report of any appraiser whose testimony is to be presented at the hearing, as well as a copy of any other document which it will use at the hearing.

7. If the motion for relief from stay is contested, counsel for the parties must confer with respect to the issues raised in the motion, in order to determine whether a consent order may be entered and/or to stipulate to relevant facts about the value of the property, and to the extent and validity of any security agreement.

********************************************************************************

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served a copy of the within Notice and Motion upon

**ANNA SANTANA MORALES, HC 02 PO BOX 9351, JUANA DIAZ, PR  00795**

on February 16, 2011
(Date of Service)

By: Certified Mail Return Receipt Requested
(Describe Mode of Service)

Executed on February 16, 2011
(Date)

_____
SIGNATURE